PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)



# IN THE UNITED STATES DISTRICT COURT
## FOR THE _Eastern_ DISTRICT OF TEXAS
_Beaumont_ DIVISION

FEB 2 5 2020

BY
DEPUTY_____

_Donald Gene Walton_ 02064560
Plaintiff's Name and ID Number

_Mark W. Stiles Unit TDCJ_
Place of Confinement

CASE NO. _1:20cv70_
(Clerk will assign the number)

_Truncale/ Hawthorn_

v.

_UTMB Medical_
Defendant's Name and Address

_TDCJ P.O. Box 99 Huntsville,TX_
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID) , the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

Rev. 05/15

II.   PLACE OF PRESENT CONFINEMENT: Mark W. Stiles Un.4 Beaumont, TX.

III.  EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Donald Gene Walton 02064560
Stiles Unit 3060 FM 3514 Beaumont, TX. 77705

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Lori Davis, Director, TDCJ
P.O. Box 99 Huntsville, TX. 77342

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failure to Provide medical Services That Resulted In Open wounds to Right Stump

Defendant #2: Calvin E. Tucker - Warden

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Failed to Provide medical Services That Resulted In open wounds to Stump

Defendant #3: Robert Cade, - Transportation And Supply

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

Failure to Provide Transportation To medical Appointment's Causing Injuries

Defendant #4: Rockella L. Neal - Major on Stiles Unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to Provide Transportation To medical Appointment's Causing Injuries

Defendant #5: Monica Goodman - Captain Stiles Unit

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Failed to Provide Transportation To medical Appointment's Causing Injuries

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: _N/A_

III.   EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ____ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.   PARTIES TO THIS SUIT:

A. Name and address of plaintiff: _Donald Gene Walton 02064500_
_Stiles Unit 3060 FM 3514 Beaumont, TX. 77705_

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: _Darren Wallace — Warden Stiles Unit_

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_Failed To Provide Transportation To Medical Appointments Causing Injuries_

Defendant #2: _Edward Delone, — Senior Practice Manager for_
_UTMB Medical on Stiles Unit._

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_Failure To Provide Transportation To Medical Appointments Causing Injuries_

Defendant #3: _Dr. Stephanie C. Allen — Supervisor at UTMB_
_Brace and Limb Dept- at Estelle E-2 Unit_

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_Failure To Provide Plaintiff Medical Equipment Causing Severe Injuries_

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

3 (A)

Rev. 05/15

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I am a double Amputee, (Both legs Below The KNEES), And have BEEN DENIed Medical Care, Equipment, And TRANSPoRTATion To off SITE Medical Appointments To EsTelle UNIT E-2 Brace And Limb. THIS HAS BEEN And Continues To be A serious Problem FRom 2018 THRU PRESENT DAY. Security And Medical Continue To SAY I AM Scheduled To go get New Medical Equipment bUT I get Canceled Before I AM Scheduled To go. Due To THIS Continuous Problem my life is in Danger due to REocCURRing lesion's And Infection that Could CAuse mORe Amputations oR DEATh.

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Provide All Medical Equipment Needed To PREVENT moRE Injuries.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Donald Gene WALTon

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 02064500

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A

2. Case number: N/A

3. Approximate date sanctions were imposed: N/A

4. Have the sanctions been lifted or otherwise satisfied? N/A ____YES ____NO

Rev. 05/15

C. Has any court ever warned or notified you that sanctions could be imposed? _____ YES _✓_ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

    1. Court that issued warning (if federal, give the district and division): _N/A_____

    2. Case number: _N/A_____

    3. Approximate date warning was issued: _N/A_____

Executed on: _2/20/20_
DATE

_Donald Gene Walton_

_Donald Gene Walton_
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this ___20th___ day of ___Feb___ , 20 _20_ .
    (Day)          (month)          (year)

_Donald Gene Walton_

_Donald Gene Walton_
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

DONALD GENE WALTON
    PLAINTIFF

V.                                    CIVIL ACTION #

LORI DAVIS    TDCJ

CALVIN E. TUCKER   TDCJ

ROBERT CADE    TDCJ

ROCKELLA L. NEAL   TDCJ

MONICA GOODMAN   TDCJ

DARREN WALLACE   TDCJ

EDWARD DELONE   UTMB

STEPHANIE ABRON   UTMB

DEFENDANTS

Pg. 0

To THE HONORABLE Judge OF SAID Court

Now Comes DONALD GENE WALTON 02064500,
And PRESENTS To THE COURT His 1983 CIVIL ACTION.
DONALD GENE WALTON, AKA THE PLAINTIFF,
PRESENTS THE following FACTS.

## INTRODUCTION

THIS CASE, IS About THE Negligence Suffered
By THE PLAINTIFF, DONALD GENE WALTON, TDCJ#02064500,
CAUSED By THE TEXAS DEPARTMENT OF Criminal Justice.

FOR more than 2 (TWO) years THE PLAINTIFF HAS
BEEN denied ACCESS To outside/offsite medical
CARE FOR His Legs.

## SERVICE

All OF THE DEFENDANTS IN THIS Complaint
CAN BE SERVED THROUGH THE TEXAS ATTORNEY General's
OFFICE, AT P.O. Box 12548 AUSTIN, TX. 78711-2548.

A complaint is Considered filed when
dropped in THE PRISON MAIL Box.
THIS document was mailed ON Feb. 20, 2020.
HOUSTON V. LACK, 108 S.Ct. 2379, 2382

VERIFIED COMPLAINT FOR DAMAGES
AND INJUNCTIVE RELIEF

## I. INTRODUCTION

THE PLAINTIFF, DONALD GENE WALTON, A STATE PRISONER, ALLEGING VIOLATION OF HIS CONSTITUTIONAL RIGHTS TO RECIEVE MEDICAL CARE AND SEEKING INJUNCTIVE RELIEF AND MONEY DAMAGES. PLAINTIFF ALSO SEEKS AN INJUNCTION AND DAMAGES PURSUANT TO THE AMERICANS WITH DISABILITIES ACT AND THE REHABILITATION ACT.

## II SWORN DECLARATION

THE PLAINTIFF, UNDER PENALTY OF PERJURY THAT HIS MEDICAL NEEDS ARE SERIOUS AND HAS BEEN DIAGNOSED BY A PHYSICIAN AS MANDATING TREATMENT.

THE DELAY OF TREATMENT HAS CAUSED THE PLAINTIFF UNNECESSARY AND WANTON INFLICTION OF PAIN. ESTELLE V. GAMBLE 429 U.S. AT 104.

THE WOUNDS ON THE PLAINTIFF'S STUMP IS SUFFICIENT TO MAKE THE PLAINTIFF'S MEDICAL NEEDS SERIOUS.

THE PLAINTIFF SUBMITS EVIDENCE TO THE COURT THAT CREATES A GENUINE ISSUE OF MATERIAL FACT.

Pg. 2

THE Plaintiff Alleges THE TORTS of Negligence.

Jurisdiction

1. THE COURT HAS Jurisdiction over the Plaintiff's Claims of Violation of Federal Constitutional Rights Under 42 U.S.C. §§ 1331(1) And 1343.

PARTIES

2. THE Plaintiff, Donald Gene Walton, was and still is incarcerated at the Mark Stiles Unit of the Texas Department of Criminal Justice Institutional Division in Beaumont, Texas during the Events described in this Complaint.

3. Defendant Lorie Davis is the Director of T.D.C.J. Institutional division. She is being Sued in her official Capacity.

4. Calvin E. Tucker was the Head Warden of the Stiles Unit from 2018 to 2019. He is being Sued in his official Capacity.

5. Darren Wallace was the Head Warden of the Stiles Unit from 2019 to 2020. He is being Sued in his official Capacity.

6. Robert Cade is in charge of Transportation and Supply for the Texas Department of Criminal Justice (TDCJ). He is Being Sued in His official Capacity.

7. Rockella L, Neal is a major on The Mark Stiles Unit in Charge of Transportation And Drivers.
   She is Being Sued in Her official Capacity.

8. Monica M. Goodman a Captain on the Stiles Unit. She is Also in charge of Transportation and Drivers.
   She is Being Sued in Her official Capacity.

9. Edward Debose is the Senior Practice Manager on The Mark Stiles Unit and is Employed By The University of Texas Medical Branch (UTMB); A medical Contracter of TDCJ. He is Being Sued in His official Capacity.

10. Stephanie ABron is A Docter Employed By The University of Texas medical Branch (UTMB) and is The Supervisor At The Brace And Limb department of UTMB on The Estelle E-2 Unit in Huntsville, TX.
   She is Being Sued in Her official Capacity.

FACTS

The Facts of This Case will Be Shown That The Plaintiff Followed TDCJ Grievance Policy And UTMB Sick Call And Grievance Policy - The Plaintiff Has Been Unsuccessful in The informal Resolution To

Pg. 4

THIS Complaint.

THE Plaintiff HAS Suffered Medical Neglect and HAS Suffered Physical Injuries And Mental Anguish due to the Neglect of All Parties Listed in This 1983 Complaint.

The Plaintiff HAS been Rescheduled / Bumped more than Twelve (12) Times from October 2018 thru January 2020, when He was Scheduled To Go To Estelle E-2 Brace and Limb department for New Prosthetic Equipment.

The Last Time The Plaintiff was Allowed To Go To ESTELLE E-2 Brace and Limb was DECEMBER 2017, AT which Time He did Recieve Two (2) New PROSTHETIC Legs, Prosthetic Socks, Pre-liners, Gel liners And Medical Shoes.

ON August 28, 2019, The Plaintiff was finally Allowed To Go To ESTELLE E-2 Brace and Limb.

THE Plaintiff was NOT Issued ANY NEW Prosthetic Supplies He So desperately Needs, i.e., 2 Rubber feet, 4 Gel liners, Prosthetic Socks or Pre-liners,

THE Plaintiff was Issued one (1) Pair of medical Shoes.

The Plaintiff Questioned THE UTMB Employee, ZACK, About NOT Getting New Supplies. ZACK Replied THAT He did NOT Have THE Supplies IN STOCK.

Pg. 5

ZACK, THE UTMB Employee, STATED THE Plaintiff would Be Rescheduled to come BACK in September 2019. THE Plaintiff was NOT Rescheduled until OCTober 2019.

THE Plaintiff Has been Rescheduled/Bumped more than TWELVE (12) Times from OCTober 2018 thru JANUARY 2020.

THE Plaintiff CONTINUES To Be denied ACCESS TO THE MEDICAL Supplies NEEDED To PREVENT more SERIOUS INjuries OR EVEN more Amputations.

THE Plaintiff Suffered a SERIOUS INJURY/PRESSURE wound To THE End of His Right Stump in OCTober 2018. THAT SERIOUS INjury Took more than TEN (10) months To HEAL due to THE Negligence, BREACH of DUTY And DUTY of CARE of THE TDCJ STAFF.

THE Plaintiff's medical Records Plainly Show MULTIPLE STATEMENTS made By THE MEDICAL STAFF Assigned to the INFIRMARY on the MARK STiles Unit, STATing THE URGENCY for the Plaintiff To BE SENT TO ESTELLE E-2 BRACE And Limb to get THE PROPER MEDICAL EQUIPMENT NEEDED to Allow His injury To HEAL And To PREVENT Any FURTHER SERIOUS INJURY to His Stump.

Pg. 6

THE PLAINTIFF HAS HAD Both Legs AMPUTATED BELOW THE KNEES. THESE AMPUTATIONS took PLACE IN MAY 2013 AND MAY 2014 due to AN INFECTION KNOWN AS "Methicillin - RESISTANT STAPhylococcus Aureus" (MRSA).

ON November 24, 2015 the Plaintiff was SENTENCED TO INCARCERATION IN THE TEXAS DEPARTMENT OF Criminal JUSTICE SYSTEM.

THE Judge, STATE, PROSECUTOR AND THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE OFFICIALS WERE ALL AWARE OF the PLAINTIFF's SERIOUS Medical NEEDS.

THE TEXAS DEPARTMENT OF Criminal JUSTICE OFFICIALS AND THE UNIVERSITY OF TEXAS Medical BRANCH EMPLOYEES LISTED IN this Complaint HAVE SERIOUSLY NEGLECTED theIR DUTIES AND RESPONSIBILITIES TO Provide THE PLAINTIFF Proper Medical CARE for HIS SERIOUS Medical NEEDS Concerning HIS SERIOUS Medical INJURY and NECESSARY PROSTHETIC EQUIPMENT.

THE TDCJ OFFICIALS Continue TO ViolATE the PLAINTIFF's 8th (Eighth) AMENDMENT TO THE Constitution OF THE United STATES.

Pg. 7

THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE IS
IN VIOLATION OF THE AMERICANS with DISABILITIES ACT
AND THE REHABILITATION ACT BY CONTINUOUSLY NOT PROVIDING
THE PLAINTIFF with ADEQUATE AND TIMELY TRANSPORTATION
TO HIS OFF SITE MEDICAL APPOINTMENTS TO THE BRACE
AND LIMB DEPARTMENT ON THE ESTELLE E-2 UNIT IN
HUNTSVILLE, TEXAS.

DR. STEPHANIE ABRON HAS BEEN CONTACTED MULTIPLE
TIMES BY THE PLAINTIFF, THROUGH THE PRISON POSTAL SERVICE,
CONCERNING TDCJ'S NEGLIGENCE IN PROVIDING TRANSPORTATION
TO AND FROM HIS SCHEDULED APPOINTMENTS AT ESTELLE
E-2 UNIT IN HUNTSVILLE, TEXAS.

THE PLAINTIFF REQUESTED MULTIPLE TIMES FOR DR. ABRON
TO SEND THE NECESSARY EQUIPMENT NEEDED TO CORRECT THE
SERIOUS MEDICAL NEEDS FOR HIS PROSTHETICS AND SERIOUS
INJURY TO HIS RIGHT STUMP.
    AGAIN, DR. STEPHANIE ABRON FAILED TO GIVE ANY
TYPE OF RESPONSE TO THE PLAINTIFF'S REQUESTS.

AGAIN, ON JANUARY 28, 2020, TDCJ OFFICIALS FAILED
MISERABLY BY NEGLECTING TO PROVIDE TRANSPORTATION FOR
THE PLAINTIFF.
    THEREFORE, TDCJ AND UTMB ARE IN
BREACH OF DUTY AND DUTY OF CARE.

# WITNESS LIST    EXHIBIT A

THE following List is of THE Medical STAFF Employed By UTMB who HAVE first Hand Knowledge of THE Negligence, Breach of Duty And Duty of Care Committed By TDCS Officials.

THE Plaintiff Reserves THE Right To Call THESE People As Hostile witnesses, If NEED be.

JESSICA Aubrey - NURSE LVN
DUYEN BUI - NURSE LVN
Emma DAVIS - NURSE PRACTITIONER
Edward DELONE - SENIOR PRACTICE MANAGER
STACEY Ebner - CCA
JOYCE FREEMAN - NURSE RN
Keely Goodwin - ICN NURSE LVN
MIRANDA GRANGER - NURSE LVN
KIRAMYN LEAC - NURSE RN
George Miller - Physician
TIA OVERSTREET - NURSE RN
Melinda Ross - NURSE RN
GREGORY SONNIER - NURSE LVN
Ricky TARVER - NURSE RN
ERICA TATMON - CCA
Randal THomas - NURSE RN
ANNUNCIA WRIGHT - NURSE LVN

# Claims For Relief
## Count I Failure To Protect

The failure of the Defendant's to act on their knowledge of putting the Plaintiff a substantial risk of serious harm violated his Eighth (8th) Amendment Right to be free from cruel and unusual punishment.

As a result of the Defendant's failure to provide transportation to scheduled off site medical appointments, the Plaintiff was at a serious risk of re-activating the MRSA which could cause gaing green and cause more amputation or even death.

As a result of the negligence of the Defendants, the Plaintiff suffered serious physical injury to his right stump, an open wound that took more than ten (10) months to heal.

The Plaintiff also suffered severe emotional injuries due to the lack of proper medical transportation by the Defendants. The Plaintiff was in fear for his life due to the possibility of re-activating the MRSA an antibiotic resistant strain of staph infection which could cause death if untreated. The Plaintiff continues to suffer physical and emotional pain due to the neglect, breach of duty and duty of care by the Defendants.

Pg. 10

# RELIEF REQUESTED

Wherefore, The Plaintiff Declares that The Defendants Violated the Plaintiff's Eighth (8th) Amendment Rights when they failed to Provide Adequate Medical Care and Transportation to off site Appointments Causing Pressure Wounds And Severe Physical Pain to His Right Stump.

The Wound on the Right Stump Took Ten (10) months To Heal causing the Plaintiff To be Placed in A wheel Chair And Causing Extremely Tender Places on the Right Stump.

The Plaintiff Declares the Defendants Violated His Eighth (8th) Amendment Right To Medical Care.

Issue An injuction Requiring The Defendant's Medical Providers, UTMB, To Provide Physical Therapy As needed.

Award Compensatory damages for Plaintiff's Physical And Emotional Injuries, and Punitive damages Against Each Defendant; And

Grant Plaintiff Such other Relief As it may Appear Plaintiff is entitled to.

So Prays the Plaintiff
Donald Gene Walton

UNSWORN DECLARATION

I, Donald Gene Walton, Swears under the Penalty of Purjury that the Foregoing documents are True and Correct to the Best of my Knowledge and Belief.

So Prays the Plaintiff
Donald Gene Walton
TDCJ # 02064500

CERTIFICATION OF SERVICE

I, Donald Gene Walton, Swears under Penalty of Purjory that this Federal 1983 Packet was Put in the Prison mail Box on Feb. 20, 2020.

Donald Gene Walton
TDCJ # 02064500

# EXHIBIT B

Due to the Plaintiff's inability to Provide the Court Copies, the following is a Summation of the I-60's, Step 1 and Step 2 Grievances that will Satisfy the 1983 that an informal Resolution has been Attempted.

The Plaintiff Swears under the Penalty of Purjury that the Summation of the I-60's and Step 1 and 2 grievances are True and Correct to the Best of the Plaintiff's Knowledge and Belief.

So Swears the Plaintiff on the 18th day of February 2020.

So Swears the Plaintiff
Donald Gene Walton
TDCJ #02064500
Feb. 18, 2020
W Donald Gene Walton

EXHIBIT B

1.

I-60's Attached to the following Pages are dated June 2018 thru Feb. 2020 for a Complete Medical History of a Continuous medical Problem that has Yet to be Resolved and is Causing the Plaintiff Physical Injury and Pain.

Pg. 12

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I need to be re-scheduled immediately to go
to E-2 Brace & Limb Prep.
    I have been bumped/re-scheduled for more
than 2 years. I desperately need to get to
E-2 Brace & Limb to get 2 new rubber feet & (new)
gel liners with pins, pre-liners and prosthetic
socks.

Name: Donald Walton        No: 02064500    Unit: Shepan

Living Quarters: 18 R 8     Work Assignment: Wildlife Squad

**DISPOSITION:** (Inmate will not write in this space)

RECEIVED
FEB 0 3 2020
BY:

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I need to be rescheduled IMMEDIATELY to go to E-2 Brace & Limb. I was skated again on 1/28/20. Same lies. Same excuses. It has been more than 2 years since I got new gel liners, the liners, rubber feet, and prosthetic socks. How much longer am I going to suffer this NEGLAGENCE!! This falls under DELIBERATE Indifference and Violates many Rules under THE A-D-A and Rehabilitation Act. Violates my 8th Amendment and Due Process. I NEED TO GET TO E-2 BRACE & LIMB IMMEDIATELY.

Name: Donald WALTON        No: 02064500        Unit: Stiles

Living Quarters: 18R8        Work Assignment: Alt. 14 Squad

**DISPOSITION:** (Inmate will not write in this space)

Sch with unit provid for referral

RLMidkiffRN

2/4/20

RECEIVED
FEB 04 2020
BY:

I-60 (Rev. 11-90)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

To whom it may concern, I am Requesting, Again, To See A Provider, other than Nurse, Concerning My injuries Recieved on 12/13/18 from A fall. Also I need to See A Provider About getting my 800 mg Ibuprofen Lotion, Anti Fungal Cream and Any other medications that May Be About to Expire. I also Need to Be Rescheduled ASAP to go to E2 Brace and Limb. The open wound on my Right Stump is still not Healed. It Has Been 5 1/2 months. I have not Been to E2 Brace and Limb Since 12/13/17. This is my Final Attempt At An Internal Resolution. I Have many more Things to discuss with a Provider.

Name: Donald Walton     No: 02064800     Unit: Stiles

Living Quarters: 29 W 2     Work Assignment: Utility Squad

**DISPOSITION:** (Inmate will not write in this space)

Sch NSC
L Midkiff RN
4/3/19

APR 0 3 2019
BY:

☆I-60 (Rev. 11-90)

**SUBJECT:** State briefly the problem on which you desire assistance. Communication of Medical Needs

To whom it may concern.

I am a double Amputee, (Veteran) and in a wheelchair. I am having to contact Classification to request Medical Transfer to Estelle Unit. There is a medical need of Physical Therapy which Stiles Unit does not provide. It is non-therapeutic and unhealthy assigned to wheelchair w/o therapy causing other health problems. Mr. Miller (M.D.) here @ Stiles has mentioned the medical need for a transfer to accomodate disabled (handicap) persons. I hope these agencies to respect "Rehabilitation Act", A.D. Act. Title II Regulation And other state-federal regulations.

My desire to walk again should not be frustrated or delayed on the basis of a "Challengeable Criteria" that violates these Amendments. Thank you.

Name: Donald Walton      No: 02664500      Unit: Stiles

Living Quarters: 19W-007      Work Assignment: Med-Unassign

**DISPOSITION:** (Inmate will not write in this space)

Health

☆ I-60 (Rev. 11-90)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)

Date: _1/23/19_

Offender's Name: _Donald WALTon_

TDCJ No.: _02064500_

Work Assignment: _____

Work Hours: _____

Wing No: _19 W 2_          School Hours: _____

Service needed: ☒ Medical ☐ Dental ☐ Mental Health ☐ Other: _I Need to See A Provider_

Reason for Health Services Appointment: _for follow Upon Shoulder, Right wrist and wound on Right Stump._

How long have you had this problem?    Hours: _____    Days: _90_

---

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

_____
***Signature of Offender***

---

Part B: (To be completed by medical personnel – Do not write below this line)

Medical Reply: _You have a provider appt coming up soon watch for any ___ for any_

RECEIVED
JAN 2 4 2019
BY:

_____                                    _____
Medical Staff Member's Signature                          Date

HSA – 9 (Rev. 2/12)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)  Date: _2/16/2018_

Offender's Name: _Donald Walton_  TDCJ No.: _02064500_

Work Assignment: _Utility Squad_  Work Hours: _____

Wing No: _8D-54B_  School Hours: _____

Service needed: ☒ Medical ☐ Dental ☐ Mental Health ☐ Other: _Due to several medical_

Reason for Health Services Appointment: _Personnel asking and showing concern about_
_my hunger strike, I am going to discontinue_

How long have you had this problem?  Hours: _____  Days: _____

_The Hunger Strike for now._

> *"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*
>
> _____
> ***Signature of Offender***

**Part B:** (To be completed by medical personnel – Do not write below this line)

Medical Reply: _____

_____

_____

Medical Staff Member's Signature                                    Date

HSA – 9 (Rev. 2/12)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)          Date: _3/19/2018_

Offender's Name: _Donald Walton_          TDCJ No.: _02064500_

Work Assignment: _Utility Squad_          Work Hours: _____

Wing No: _4D-54B_          School Hours: _____

Service needed: ☒ Medical  ☐ Dental  ☐ Mental Health  ☐ Other: _I need to see a provider_

Reason for Health Services Appointment: _Because my right prosthetic is causing bruising and a lot of pain on the back of my knee_

How long have you had this problem?  Hours: _____  Days: _10_

---

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

RECEIVED
MAR 2 0 2018

_____
**Signature of Offender**

BY: _____

---

Part B: (To be completed by medical personnel – Do not write below this line

Medical Reply: _Sch NSC: right prosthetic causing pain_

_L Midkiff RN 3/20/18_

Medical Staff Member's Signature          Date

HSA – 9 (Rev. 2/12)

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

CoCo 3-9-18

PART A: (To be completed by offender)
Date: 3/9/2018

Offender's Name: Donald WALTON
TDCJ No.: 02064500

Work Assignment: Utility Squad
Work Hours: _____

Wing No: 4D - 54B
School Hours: _____

Service needed: ☒ Medical ☐ Dental ☐ Mental Health ☐ Other: I need to see a provider

Reason for Health Services Appointment: Because my Right Prosthetic is causing a lot of Boi'sing on the back of my Knee. Very Painful

How long have you had this problem? Hours: _____ Days: 6

---

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

_____
**Signature of Offender**

RECEIVED
MAR 1 0 2018

Part B: (To be completed by medical personnel – Do not write below this line)
Medical Reply: Sch NSC: prosthetic causing pain     BY: _____

L Midkiffen 3/10/18
_____
Medical Staff Member's Signature                        Date

HSA – 9 (Rev. 2/12)

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
## SICK CALL REQUEST

**PART A:** (To be completed by offender)

Date: _12/6/18_

Offender's Name: _Donald Walton_

TDCJ No.: _02064500_

Work Assignment: _____

Work Hours: _____

Wing No: _19W2_

School Hours: _____

Service needed: ☒ Medical ☐ Dental ☐ Mental Health ☐ Other: _I Really Really Need To_

Reason for Health Services Appointment: _See A Provider (Ms. Davis) about this open_
_wound on my Right Stump_

How long have you had this problem? Hours: _____ Days: _8_

---

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

_____
***Signature of Offender***

---

RECEIVED
DEC 0 7 2018

Part B: (To be completed by medical personnel – Do not write below this line)

Medical Reply: _____ _Schedule patient with_
_provider ASAP, see note_
_12/1/18_ _____

_____
**BY:**
Medical Staff Member's Signature

Date

HSA – 9 (Rev. 2/12)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I Have Had an open wound on my Right STUMP for
more than 10 days & I need to see Mrs. Davis

Name: Donald Walton    No: 02064500    Unit: SMES

Living Quarters: 19 W 2    Work Assignment: _____

**DISPOSITION:** (Inmate will not write in this space)

Patient called out and seen to problem.

call out

C. William

12-8-18

☆I-60 (Rev. 11-90)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I need to have a lay-in to see Mr. Davis about getting me to E-2 Brace and Limb to get Badly Needed Equipment / Prosthetic Supplies and To get my Effexor (150 mg capsule) Renewed. Dr. Henderson has not Entered anything since I saw him in October. I also need the Anti-Fungal Cream and Medical Supplies (Tape, Tao, 4x4 gauze) Renewed. my Right Stump is in very Bad Condition from worn out Gel Liners and worn out Prosthetic Socks. Please Schedule an appointment As Soon As possible. I Need Help and Mr. Davis is the only Provider who will Help me.

Name: Donald Walton          NOV 2 9 2018      No: 02064500      Unit: Stiles

Living Quarters: 19 W 2    BY: _____      Assignment: Utility Squad

**DISPOSITION:** (Inmate will not write in this space)

Schedule NSC.
Wants Effexor for pain,
Anti Fungal cream, Med
Supplies and eval Right
Stump for lesions.

Work [?]

You are scheduled with B&L
await appt.
You had appt with provider on
11/16/18 and did not want to remove
prosthetic leg for provider to examine
Stump. SV

☆I-60 (Rev. 11-90)

**SUBJECT:** *State briefly the problem on which you desire assistance.*

I would like to see DR. HENDERSON CONCERNING my Visit To Neurology in Galveston 2 weeks Ago. I also need to get my meds RENEWED. I need to ask About my GEO MAT And getting Him to Send an Email E-mail) To DR. AGRON AT BRACE And Limb And ask HER To Send me 2 pair of Gelliners, prosthetic socks, Antibacterial socks, And A New pair of size 10½ medical shoes. I HAVE Confiscation papers for the shoes I AM IN DIRE NEED OF All these things. Evidently my medical needs are Not Considered priority and therefore I get Bumped And Am not Allowed to go To ESTELLE 2 for my Supplies

Name: Donald WALTON          No: 02067500          Unit: STILES

Living Quarters: 19 W 2          Work Assignment: Utility Squad

**DISPOSITION:** (Inmate will not write in this space)

You are scheduled to go to Prosthetics in October.

☆ Sch NSC: wants to discuss neurology visit with provider/discuss geo matt

R Midkiffen
7/16/18

☆I-60 (Rev. 11-90)

RECEIVED JUL 1 6 2018

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**
**HEALTH SERVICES DIVISION**
**SICK CALL REQUEST**

**PART A:** (To be completed by offender)          Date: _6/28/2018_

Offender's Name: _Donald Walton_          TDCJ No.: _02064500_

Work Assignment: _Utility Squad_          Work Hours: _____

Wing No: _4D-54B_          School Hours: _____

Service needed: ☒ Medical ☐ Dental ☐ Mental Health ☐ Other: _I need to be Rescheduled to go_

Reason for Health Services Appointment: _To Estelle Brace & Limb ASAP. I did not get to go on the_
_6/27/18 Because I am not Priority. Please Help_

How long have you had this problem?   Hours: _____   Days: _____

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

_____
***Signature of Offender***

Part B: (To be completed by medical personnel – Do not write below this line)

Medical Reply: _____

_____          _____
Medical Staff Member's Signature                                   Date

HSA – 9 (Rev. 2/12)

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## HEALTH SERVICES DIVISION
### SICK CALL REQUEST

**PART A:** (To be completed by offender)   Date: 6/28/18

Offender's Name: ~~CANNON~~ Donald WAlton   TDCJ No.: 02064800

Work Assignment: Utility Squad   Work Hours: _____

Wing No: 4D-54B   School Hours: _____

Service needed: ☒ Medical ☐ Dental ☐ Mental Health ☐ Other: I need to be Rescheduled ASAP

Reason for Health Services Appointment: to go to Estelle Brace & Limb. They cancel'd me.

Yesterday. They said I was not Priority

How long have you had this problem?   Hours: _____   Days: _____

---

*"In accordance with state law, if this visit meets offender annual health care services fee criteria, I understand that my trust fund account may be charged a $100 health care services fee. I also understand that I will be provided access to health care services regardless of my ability to pay this fee."*

***Signature of Offender***

---

Part B: (To be completed by medical personnel – Do not write below this line

Medical Reply: _____

_____

Medical Staff Member's Signature   Date

HSA – 9 (Rev. 2/12)

RECEIVED
JUN 29 18
BY:

NAME WALTON,DONALD GENE
TDC NUMBER 02064500    UNIT ST    REASON FOR ASGN MEDICAL RE
UTMB NUMBER            SID NO: 05116719
BIRTHDATE ███ 1965    AGE 54    SEX M    RACE W

TYPE   DATE   TIME   FACL SERVC   PR DISP OTHER              REVIEWED APPR

APT   032719  0800   E2   PROST      RSC
APT   022719  0800   E2   PROST      RSC

APT   042519  0800   E2   PROST      RSC
APT   032819  0800   E2   PROST      RSC
APT   032719  0800   E2   PROST      RSC
APT   042419  0800   E2   PROST      RSC
MORE DATA RECORDS ON FILE              HIT "ENTER" FOR NEXT SET OF RECORDS
ENTER NEXT FUNCTION __    AND/OR TDC NUMBER _____ OR SID NUMBER _____
PA1-RETURN TO MENU PF3-END PF1-HELP

An E-mail was sent to Security at 07:30 on 2/19/20 canceling my scheduled Appointment At Brace and Limb E-2 Estelle Unit. This E-mail was written and showed to me by CCA Stacey Ebner At 06:00 on 2/20/20. The excuse listed on said E-mail was No wheel chair. Vehicle was Available. Same standard excuse that has been used every time.

On 2/20/20 @ 11:50 am I was interviewed By someone from Huntsville About a Medical Grievance I filed About not getting Proper Medical Care for my legs. I Pointed out that Part of the Response on the Grievance about me Receiving All Soft Prosthetic Supplies was a false statement and that this was Not the First Time Documents have Been Falsified The Medical Representative Assured me she would Investigate Further.

NAME WALTON,DONALD GENE
TDC NUMBER 02064500     UNIT ST    REASON FOR ASGN MEDICAL RE
UTMB NUMBER                 SID NO: 05116719
BIRTHDATE ████ 1965     AGE 54    SEX M    RACE W

| TYPE | DATE | TIME | FACL | SERVC | PR | DISP | OTHER | REVIEWED | APPR |
|------|------|------|------|-------|----|----|-------|----------|------|
| APT | 052919 | 0800 | E2 | PROST | | RSC | ████ | ████ | |
| APT | 062619 | 0800 | E2 | PROST | | RSC | ████ | ████ | |
| APT | 072419 | 0800 | E2 | PROST | | RSC | ████ | ████ | |
| APT | 082819 | 0800 | E2 | PROST | | RSC | ████ | ████ | |
| APT | 102319 | 0800 | E2 | PROST | | RSC | ████ | ████ | |

MORE DATA RECORDS ON FILE              HIT "ENTER" FOR NEXT SET OF RECORDS
ENTER NEXT FUNCTION __      AND/OR TDC NUMBER _____   OR SID NUMBER _____
PA1-RETURN TO MENU PF3-END PF1-HELP

DEGRAFINREID V. RICKS, 417 F. Supp. 2d 403 (S.D. N.Y. 2006)

HOLDINGS: The District Court, Sweet, J., Held that:

(1) INTERVENTION would be allowed;

(2) decision would be Reconsidered, in light of INTERVENING Supreme Court Decision;

(3) Claimant could Persue ADA damages Claim against officials, in their official Capacities;

(4) Waiver of Sovereign immunity had occurred in connection with Rehabilitation Act claim; And

(5) Guards were not entitled to Qualified immunity.

U.S.C.A. Const. Amend. 11; Rehabilitation Act of 1973 §504, 29 U.S.C.A §794; ADA of 1990, §202 et. seq., 42 U.S.C.A. §12132 et.; Fed. Rules Civ. Proc. Rule 24(b), 28 U.S.C.A.


Prison Inmate Stated Claim for monetary damages Against State, under Americans with Disabilities Act (ADA), Through Allegations that Constituted Showing of deliberate indifference to inmate's Medical Condition in violation of Eighth Amendment.

The deliberate Indifference Standard Includes Both An objective And Subjective Component. Chance V. Armstrong, 143 F. 3d 698, 702 (2d Cir. 1998). In objective Terms, The Alleged deprivation must Be Sufficiently Serious. Hathaway, 37 F. 3d At 66. A Serious medical Condition Exists where "The Failure To Treat A Prisoner's Condition Could Result in further Significant injury or The Unnecessary And Wanton infliction of Pain."

Chance, 143 F. 3d at 701-02 (Quoting Gutierrez V. Peters 111 F. 3d 1364, 1373-74 (7th Cir. 1997). "Factors that Have Been Considered include "The Existence of An

INJURY THAT A REASONABLE DOCTOR OR PATIENT would find IMPORTANT AND WORTHY of COMMENT OR TREATMENT; THE PRESENCE of A Medical Condition that Significantly Affects AN Individual's daily Activities; OR THE EXISTENCE of Chronic AND SUBSTANTIAL PAIN. (Quoting McGuckin v. Smith, 974 F.2d 1050, 1059-60 (9th Cir. 1992).

U.S. v. GAUDIN 115 S.Ct. 2310

SECTION II Pg. 2313

[1] SECTION 1001 of TITLE 18 Provides:

"WHOEVER, in any matter within the Jurisdiction of any department or Agency of THE United STATES knowingly and willfully falsifies, conceals or covers up by any Trick, Scheme, or device A material fact, or makes Any False, fictitious or fraudulent STATEMENTS or Representations, or makes or uses ANY FALSE writing or document Knowing the same Contain Any False, Fictitious or Fraudulent statement or Entry, Shall Be Fined Not more than $10,000.00 or imprisoned Not more than 5 years, or Both.



# Texas Department of Criminal Justice

—————————————————————————————

**Bryan Collier**
Executive Director

May 9, 2019

OFFENDER: WALTON,DONALD GENE   TDCJID:  2064500  Facility: STILES

The Patient Liaison Program no longer accepts complaints from the offender population.  Your letter is being returned and you are directed to follow the below listed procedures if you chose to file a complaint about your health care (medical, dental and/or psychological).

The health care at the STILES facility is the responsibility of the UTMB-CMHC.

Each facility has an Informal Complaint Process in place.  If you have a medical, dental and or psychiatric related complaint, you must first attempt resolution through this process.  You may submit an I-60 and or letter to the facility based Complaint Coordinator:   PRACTICE MANAGER.

Please allow sufficient time for a response.  If you are dissatisfied with the response from this process you may proceed with the offender grievance process (I-127 AND I-128).  Remember that all offender grievances must be submitted to your unit grievance office.

Please follow these procedures for all future complaints about your health care.


Sincerely,

TDCJ Health Services Division
Office of Professional Standards
Patient Liaison Program


MW/dv

Reference No. : 1900t0000000713

—————————————————————————————

*Our mission is to provide public safety, promote positive change in offender behavior, reintegrate offenders into society, and assist victims of crime.*

P.O. Box 99
Huntsville, Texas 77342-0099
(936) 295-6371
www.tdcj.state.tx.us

**SUBJECT:** State briefly the problem on which you desire assistance. Communication of Medical Needs

To whom it may concern.

I am a Double Amputee, (Veteran) and in a wheelchair. I am having to contact classification to request medical transfer to Estelle Unit. There is a medical need of physical therapy which Stiles Unit does not provide, it is non-theraputic and unhealthy assigned to wheelchair w/o therapy causing other health problems. Mr. Miller (M.D.) here @ Stiles has mentioned the medical need for a transfer to accommodate - disabled (handicap) persons, I hope these agencies to respect "Rehabilitation Act", A.D. Act. Title II Regulation and other state-federal regulations.

My desire to walk again should not be frustrated or delayed on the basis of a "Challengearle criteria" that violates these amendments. Thank you.

Name: Donald Walton        No: 02864500        Unit: Stiles

Living Quarters: 19W-002        Work Assignment: Med-Unass'n)

**DISPOSITION:** (Inmate will not write in this space)

Health

☆I-60 (Rev. 11-90)

To whom it may concern,                                    2/21/19

I am making a final attempt to informally resolve a
serious problem. I have sent several letters to your department
since March 2018. Nobody has responded. Please read
the enclosed copy of my grievance and an I-60 I sent
in on April 2018. I desperately need new gel liners
pre-socks and prosthetic socks and medical shoes.
Medical is guilty of malpractice and life endangerment.
I have sent several letters to your department, UTMB
Board of Directors and to Huntsville complaining about my
problem. I have an open wound on my right stump. It has
been there since October 2018. All of my equipment is worn
out and is creating serious medical issues. Please help
resolve this problem. Thank you for your time and
cooperation.
                    Very Sincerely
                    Donald Walton
                    Donald Walton 02064500
                    Stiles Unit 3060 FM 3514
                    Beaumont, TX 77705

P.S. I was bumped/rescheduled more than 7 times in
2018. The last time was 12/12/18. Everytime
someone puts in the computer I was a no show.
That is a lie. I have never refused anything
nor have I ever not showed up.
You no showed for your prost appt. 6/27/18!
You have an appointment for prost 3/27/19.
                         3/11/19 ③ ?