IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DONALD GENE WALTON | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-70 |
| UTMB MEDICAL, *et al.*, | § | |

REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

Plaintiff, Donald Gene Walton, an inmate formerly confined at the Mark Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against multiple defendants.

The above-styled action was referred to the undersigned magistrate judge pursuant to 28 U.S.C. § 636 and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge for findings of fact, conclusions of law, and recommendation for the disposition of the case.

Background

This case was originally filed on February 25, 2020 (doc. # 1). On December 3, 2020, a Final Judgment was entered, dismissing the case pursuant to Federal Rule of Civil Procedure 41(a) as Plaintiff needed additional time to cure the defects in his pleadings (doc. #s 12 & 13). Plaintiff moved for reconsideration with a proposed amended complaint and the case was reopened on January 4, 2021 (doc. # 16). The Defendants were ultimately ordered to answer (doc. # 55). A Stay was entered January 17, 2023, in order to give the Defendants additional time to answer (doc. # 64). On April 19, 2023, the undersigned entered an order lifting the stay as the Defendants filed a Motion to Dismiss (doc. # 68). A copy of the order was returned on May 9, 2023, as undeliverable with the notation that Plaintiff was discharged (doc. # 71). The last correspondence the court has received from Plaintiff was on November 3, 2022 (doc. # 58).

## Discussion

Federal Rule of Civil Procedure 41(b) authorizes a district court to dismiss an action for failure to prosecute or for failure to comply with any court order. *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998). "This authority [under Rule 41(b)] flows from the court's inherent power to control its docket and prevent undue delays in the disposition of pending cases." *Boudwin v. Graystone Insurance Co., Ltd.*, 756 F.2d 399, 401 (5th Cir. 1985) (citing *Link v. Wabash, R.R. Co.*, 370 U.S. 626, 629 (1962)).

Plaintiff has failed to provide an updated address to the court and has prevented the court from communicating with him. Plaintiff has failed to diligently prosecute this case. This case should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Recommendation

This civil rights action should be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

## Objections

Within fourteen (14) days after receipt of the magistrate judge's report, any party may serve and file written objections to the findings of facts, conclusions of law and recommendations of the magistrate judge. 28 U.S.C. § 636(b)(1)(c).

Failure to file written objections to the proposed findings of facts, conclusions of law and recommendations contained within this report within fourteen (14) days after service shall bar an aggrieved party from the entitlement of *de novo* review by the district court of the proposed findings, conclusions and recommendations and from appellate review of factual findings and legal conclusions accepted by the district court except on grounds of plain error. *Douglass v. United*

*Servs. Automo. Assoc'n,* 79 F.3d 1415, 1417 (5th Cir. 1996) (en banc); 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72.

SIGNED this 10th day of May, 2023.

_____
Zack Hawthorn
United States Magistrate Judge