IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| DONALD GENE WALTON | § | |
| VS. | § | CIVIL ACTION NO. 1:20-CV-70 |
| UTMB MEDICAL, *et al.*, | § | |

## MEMORANDUM ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Donald Gene Walton, an inmate formerly confined at the Mark Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against multiple defendants.

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge recommends dismissing this action for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) as Plaintiff failed to update the court with his current address upon his release from prison [Dkt. 72].

The court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such referral, along with the record, pleadings and all available evidence. A copy of the report and recommendation was mailed to plaintiff at the address provided to the court. The report and recommendation was returned, as with a copy of a prior order, with the notation that Plaintiff was discharged [Dkt. 73]. Plaintiff has failed to update the court with his current address and has prevented the court from communicating with him. As a result, no objections to the Report and Recommendation of United States Magistrate Judge have been filed.

### O R D E R

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report and recommendation of the magistrate judge is ADOPTED. A separate final judgment

will be entered in this case in accordance with the magistrate judge's recommendations.

**SIGNED this 30th day of May, 2023.**

_____
Michael J. Truncale
United States District Judge